# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baxter, Susan P. | Western District of Pennsylvania | 05/03/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge/FT | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. District Court
17 South Park Row
Room A 280
Erie, PA 16501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Dramashop, Erie, PA |
| 2. | Board Member | Erie Arts and Culture, Erie, PA |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 05/03/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PNC Bank, N. A. | Portfolio Line of Credit | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank Checking/Money Market Accounts | A | Interest | M | T | | | | | |
| 2. Navy Federal Credit Union Accounts | A | Interest | J | T | | | | | |
| 3. PA Tuition Account 529 - Guaranteed Savings Plan | | None | K | T | | | | | |
| 4. _____ Erie County, PA | E | Rent | K | W | | | | | |
| 5. _____ Erie County, PA | D | Rent | K | W | | | | | |
| 6. U.S. Savings Bonds - Series EE Bonds | A | Interest | K | T | | | | | |
| 7. PNC WM ACCOUNTS: (H) | | | | | | | | | |
| 8. - ALPS Sprott Miners ETF (SGDM) | | None | | | Sold | 03/01/16 | J | | |
| 9. - Alpha Natural Resources (ANR) | | None | | | Sold | 03/01/16 | J | | |
| 10. - Cameco (CAD) | A | Dividend | | | Sold (part) | 02/26/16 | J | | |
| 11. | | | | | Sold | 03/01/16 | J | | |
| 12. - Cash at UBS Financial | | None | | | Distributed | 02/10/16 | J | | |
| 13. - Centl Fund of CDA (CEF) | | None | | | Sold | 03/01/16 | J | | |
| 14. - Global X Silver (SIL) | | None | | | Sold (part) | 02/26/16 | K | | |
| 15. | | | | | Sold | 03/01/16 | K | A | |
| 16. - Global Uranium (URA) | | None | | | Sold | 03/01/16 | J | | |
| 17. - Guggenheim 2017 Bond Fund (BSJH) | A | Dividend | | | Sold | 03/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - IShares Silver (SLV) | A | Dividend | | | Sold | 03/01/16 | J | | |
| 19. - LMP Corporate Bond Fund aka Western Asset Corporate Ln Fd (TLI) | A | Dividend | | | Sold (part) | 02/26/16 | J | | |
| 20. | | | | | Sold | 03/01/16 | J | | |
| 21. - Market Vectors JP Morgan Emerging Mkt (EMLC) | | None | | | Sold | 03/01/16 | J | | |
| 22. - Market Vectors Gold Miner ETF (GDX) | | None | | | Sold | 03/01/16 | J | | |
| 23. - Market Vectors Junior Miner ETF (GDXJ) | | None | | | Sold (part) | 02/26/16 | K | | |
| 24. | | | | | Sold | 03/01/16 | K | | |
| 25. - Silver Wheaton (SLW) | | None | | | Sold (part) | 02/26/16 | K | | |
| 26. | | | | | Sold | 03/01/16 | K | | |
| 27. - Thornburg Income Builder (TIBIX) | A | Dividend | | | Sold | 02/24/16 | K | | |
| 28. - T Rowe Price Balanced Fund (RPBAX) | | None | | | Sold | 02/24/16 | K | | |
| 29. - UBS Bank USA Deposit Account | | None | | | Distributed | 02/10/16 | K | | |
| 30. - United States Gas LP (UNG) | | None | | | Sold | 03/01/16 | J | | |
| 31. - Vanguard Short Term Fund (BSV) | A | Dividend | | | Sold | 03/01/16 | J | | |
| 32. - Vanguard World Fund Estd Duration Treasury (EDV) | | None | | | Sold | 03/01/16 | J | A | |
| 33. - Wisdom Tree Bond Fund (ELD) | A | Dividend | | | Sold | 03/01/16 | J | | |
| 34. - American Beacon Funds Int'l (AAIEX) | | None | J | T | Buy | 03/03/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Artisan International Fd (APDIX) | A | Dividend | J | T | Buy | 03/03/16 | J | | |
| 36.   - DB X-Trackers MSCI Japan ETF (DBJP) | A | Dividend | J | T | Buy | 03/03/16 | J | | |
| 37. | | | | | Buy (add'l) | 03/24/16 | J | | |
| 38.   - DB X-Trackers MSCI EUR ETF (DBEU) | A | Dividend | J | T | Buy | 03/03/16 | J | | |
| 39. | | | | | Buy (add'l) | 03/24/16 | J | | |
| 40.   - Harding Loevner International Equity (HLMIX) | A | Dividend | J | T | Buy | 03/03/16 | J | | |
| 41.   - I Shares MSCI Emerging Markets ETF (EEM) | A | Dividend | J | T | Buy | 03/03/16 | J | | |
| 42.   - I Shares Core S&P Mid-Cap ETF ( IJH) | A | Dividend | K | T | Buy | 03/03/16 | J | | |
| 43. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 44.   - I Shares Core S&P Small-Cap ETF ( IJR) | A | Dividend | J | T | Buy | 03/03/16 | J | | |
| 45.   - MFS Value Fund (MEIIX) | B | Dividend | K | T | Buy | 03/03/16 | K | | |
| 46.   - Mainstay Epoch Global Equity (EPSYX) | A | Dividend | J | T | Buy | 03/03/16 | J | | |
| 47.   - Metropolitan West Unconstrained Bond Fd (MWCIX) | A | Dividend | K | T | Buy | 03/03/16 | K | | |
| 48.   - T Rowe Price Growth Stock FD (PRGFX) | A | Dividend | K | T | Buy | 03/03/16 | K | | |
| 49.   - T Rowe Price Summit Muni FD ( PRINX) | B | Dividend | L | T | Buy | 03/03/16 | L | | |
| 50.   - T Rowe Price Value Fd (TRVLX) | A | Dividend | K | T | Buy | 03/03/16 | K | | |
| 51. | | | | | Buy (add'l) | 05/13/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - T Rowe Price Floating Rate Fund (PFFRX) | A | Dividend | K | T | Buy | 03/03/16 | K | | |
| 53. - T Rowe Price Real Estate Fund (TRREX) | A | Dividend | J | T | Buy | 03/03/16 | J | | |
| 54. - Templeton Global Bond Fund (TGBAX) | A | Dividend | K | T | Buy | 03/03/16 | K | | |
| 55. - Templeton International Equity Fund (TFEQX) | A | Dividend | J | T | Buy | 03/03/16 | J | | |
| 56. - Touchstone Sands Capital Select Growth Fund (CFSIX) | C | Dividend | K | T | Buy | 03/03/16 | K | | |
| 57. - Vanguard Inter-Term Tax Exempt Fund ( VWIUX) | B | Dividend | L | T | Buy | 03/03/16 | L | | |
| 58. - Fidelity Governmnet Money Market Fund (FMPXX) | A | Dividend | J | T | Buy | 02/29/16 | K | | |
| 59. | | | | | Sold (part) | 03/31/16 | K | | |
| 60. - Blackrock Liquidity Money Market (BTMXX) | A | Distribution | | | Buy | 02/29/16 | L | | |
| 61. | | | | | Sold | 03/31/16 | L | | |
| 62. - PNC Govt. Money Market #405 | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 63. - Alliance High Income Fund (AGDYX) (X) | A | Dividend | | | Sold | 02/24/16 | J | C | |
| 64. - Alliance Growth Fund (AGRYX) (X) | | None | | | Sold | 02/24/16 | K | D | |
| 65. PNC RETIREMENT ACCOUNT (H) | | | | | | | | | |
| 66. - American Beacon Funds (AAIEX) | | None | | | Sold | 12/16/16 | J | | |
| 67. - Artisan International Funds (ARTIX) | A | Dividend | J | T | | | | | |
| 68. - Baird Aggregate Bond Fund (BAGIX) | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - DB X-Trackers MSCI Japan (DBJP) | | None | | | Sold | 06/16/16 | J | | |
| 70.  - Deutsche X-Trackers MSCI Eur (DBEU) | B | Dividend | K | T | | | | | |
| 71.  - Dodge & Cox Income Fund (DODIX) | | None | | | Sold | 02/24/16 | M | | |
| 72.  - Dodge & Cox International Fund (DODFX) | A | Dividend | J | T | | | | | |
| 73.  - Eaton Vance Floating Rate (EIBLX) | B | Dividend | | | Sold (part) | 02/24/16 | K | | |
| 74. | | | | | Sold (part) | 08/16/16 | K | | |
| 75. | | | | | Sold (part) | 09/06/16 | J | A | |
| 76. | | | | | Sold | 10/17/16 | J | | |
| 77.  - Fidelity Money Market FD (FMPXX) | A | Dividend | J | T | | | | | |
| 78.  - Goldman Sachs Growth (GGOIX) | | None | | | Sold | 03/31/16 | K | | |
| 79.  - Harding Loevner International (HLMIX) | A | Dividend | J | T | | | | | |
| 80.  - I Shares MSCI EAFE Small Cap (SCZ) | A | Dividend | J | T | | | | | |
| 81.  - I Shares S&P Small Cap (IJS) | A | Dividend | K | T | | | | | |
| 82.  - Mainstay Epoch Global Equity (EPSYX) | B | Dividend | K | T | | | | | |
| 83.  - Metropolitan West Unconstrainded Bond (WMCIX) | A | Dividend | J | T | Sold (part) | 02/24/16 | K | | |
| 84. | | | | | Sold (part) | 06/16/16 | J | | |
| 85.  - MFS Value Fund (MEIIX) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Templeton Global Bond Fund (TGBAX) | A | Dividend | J | T | Sold (part) | 02/24/16 | K | | |
| 87. | | | | | Sold (part) | 06/16/16 | J | | |
| 88. - Touchstone Sands Capital Select (CFSIX) | | None | | | Sold | 11/30/16 | K | D | |
| 89. - T Rowe Price Growth Stock (PRGFX) | B | Dividend | L | T | | | | | |
| 90. - T Rowe Price Mid Cap Value (TRMCX) | C | Dividend | K | T | | | | | |
| 91. - T Rowe Price New Horizons (PRNHX) | B | Dividend | K | T | | | | | |
| 92. - T Rowe Price Real Estate (TRREX) | A | Dividend | K | T | | | | | |
| 93. - Vanguard FTSE Emerging (VWO) | A | Dividend | J | T | | | | | |
| 94. - Vanguard Intermediate Term Bond (VFIDX) | D | Dividend | M | T | Buy (add'l) | 02/25/16 | M | | |
| 95. | | | | | Buy (add'l) | 06/17/16 | K | | |
| 96. | | | | | Buy (add'l) | 08/22/16 | J | | |
| 97. - Vanguard Total Stock Market (VTI) | | None | | | Sold | 02/24/16 | M | E | |
| 98. - Ridgeworth Floating Rate Income Fund ( SAMBX) | A | Dividend | K | T | Buy | 08/16/16 | K | | |
| 99. - Principal Mid Cap Fund (PCBIX) | A | Dividend | K | T | Buy | 03/31/16 | K | | |
| 100. - SPDR S&P 500 ETF Fund (SPY) | B | Dividend | M | T | Buy | 02/24/16 | L | | |
| 101. - Vanguard Total Bond Mkt Fund (VBTLX) | C | Dividend | M | T | Buy | 02/25/16 | M | | |
| 102. | | | | | Buy (add'l) | 08/22/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Vanguard International Value Fund (VTRIX) | A | Dividend | J | T | Buy | 12/16/16 | J | | |
| 104. - Vanguard Growth ETF (VUG) | A | Dividend | L | T | Buy | 11/30/16 | K | | |
| 105. - I Share MSCI EAFE ETF (EFA) | A | Dividend | K | T | Buy | 06/16/16 | J | | |
| 106. | | | | | Buy (add'l) | 08/19/16 | J | | |
| 107. Croatian Fraternal Union Whole Life Insurance Policy | A | Dividend | J | T | | | | | |
| 108. Crown Life Insurance Guaranteed Universal "W" | A | Interest | J | T | | | | | |
| 109. Crown Life Insurance Guaranteed Univeral "H" | A | Interest | J | T | | | | | |
| 110. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 05/03/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. In February 2016, I transferred accounts from UBS Financial to PNC Wealth Management. There are an extraordinary number of transactions this year due to the rebalancing of the investments.

2. Line 63 and 64, _____ account at UBS Financial. At transfer to PNC, we retitled the account into joint names with me. This is now being reported for the first time.

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 05/03/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan P. Baxter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544